**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-1649

SLICK SLIDE LLC

       Plaintiff,

v.

EDWIN L. REED, individually,
CHAD L. REEVES, individually,

       Defendant(s).

---

## COMPLAINT AND DEMAND FOR JURY TRIAL

---

Plaintiff, Slick Slide LLC ("Slick Slide"), for its Complaint against Defendants, Edwin L. Reed and Chad L. Reeves ("Defendants"), states and alleges the following:

### NATURE OF THE ACTION

1.      This is an action for patent infringement and arises under the patent laws of the United States, codified in Title 35 of the United States Code.

### THE PARTIES

2.      Plaintiff Slick Slide LLC is a Delaware Limited Liability Corporation, with a place of business at 4247 E. Casitas Del Rio, Phoenix, Arizona 85050, and is a well-known provider of recreational slides.

3.      Defendant Edwin L. Reed is an individual residing at 3323 W. 23rd Avenue, Denver, Colorado 80211.

1

4. Defendant Chad L. Reeves is an individual residing at 10007 E. 148th Place, Brighton, Colorado 80602.

## JURISDICTION AND VENUE

5. This is a patent infringement case, and this Court has subject matter jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

6. Venue in this judicial district is appropriate based on 28 U.S.C. § 1400(b), in that the Defendants reside therein, or the Defendants have committed acts of infringement and have a regular and established place of business therein.

## BACKGROUND FACTS

7. Slick Slide is a family-friendly business, providing entertainment for children and adults in the form of innovative and customized recreational slides. Slick Slide has provided its innovative and customized recreational slides throughout the United States.

8. Slick Slide incorporates unique technology and innovative designs in its products to provide a customized experience for its customers. Slick Slide's products are also customized to its customers' environment, including amusement parks and water parks. Slick Slide's product offerings include indoor and outdoor customized recreational slides.

9. The slide designs offered by Slick Slide are the original creation of Slick Slide. By way of example only, Slick Slide's Launch Slide design is an original creation of Slick Slide.

10. Slick Slide's Launch Slide design is protected by United States Design Patent No. D973,821, entitled "Recreational Slide" ("the '821 patent"), which issued from the United States

Patent and Trademark Office ("USPTO") on December 27, 2022, to inventor Gary Schmit.  Mr. Schmit assigned the '821 patent to Slick Slide, which at all times relevant to this action has been the owner of the '821 patent. A copy of the '821 patent is attached to this Complaint as Exhibit A.  Slick Slide marks its Launch Slide with the '821 patent.

11.     Defendant Reed and Defendant Reeves are manufacturers and sellers of products, including recreational slides.

12.     In the past, Slick Slide engaged Defendant Reed to manufacturer recreational slides for Slick Slide.  In connection with that engagement, Slick Slide provided to Defendant Reed the designs for Slick Slide's recreational slides.

13.     The engagement between Slick Slide and Defendant Reed included an understanding that the designs for Slick Slide's recreational slides would be kept confidential by Defendant Reed.  In addition, the engagement between Slick Slide and Defendant Reed included an understanding that the designs for Slick Slide's recreational slides would only be used by Defendant Reed for the manufacture of recreational slides on behalf of Slick Slide.

14.     Defendant Reed and Defendant Reeves used the designs for Slick Slide's recreational slides that Slick Slide provided to Defendant Reed in order to manufacture, offer for sale, and sell, recreational slides to third parties.

15.     For example, Defendant Reed and Defendant Reeves manufactured, offered for sale, and sold, the slides that are depicted in the image attached hereto as Exhibit B.  Defendant Reed and Defendant Reeves manufactured, offered for sale, and sold, the slides that are depicted in the image attached hereto as Exhibit B in this judicial district.  In connection therewith,

Defendant Reed and Defendant Reeves have substantial and continuous contacts with this judicial district, and conducts systematic business in this judicial district.

16. Defendant Reed and Defendant Reeves manufactured, offered for sale, and sold, the slides that are depicted in the image attached hereto as Exhibit B for a third party, and not on behalf of Slick Slide.

## COUNT I – PATENT INFRINGEMENT

17. The allegations of 1-16 are incorporated by reference as if fully set forth herein.

18. Defendant Reed and Defendant Reeves have infringed the '821 patent by their manufacture, offer for sale, and sale of the recreational slides depicted in the image attached hereto as Exhibit B.

19. Defendant Reed's and Defendant Reeves' acts of patent infringement complained of herein are being carried out willfully and with full knowledge of Slick Slide's rights in the '821 patent.

20. As a result of Defendant Reed's and Defendant Reeves' actions, Slick Slide has suffered and continues to suffer substantial injury, including irreparable injury and monetary damage, including but not limited to the loss of sales and profits, which Slick Slide would have made but for the acts of infringement by Defendant Reed and Defendant Reeves.

WHEREFORE, Slick Slide prays for the following relief against Defendant Reed and Defendant Reeves:

A. That a judgment be entered against Defendant Reed and Defendant Reeves, that Defendant Reed and Defendant Reeves have infringed United States Design Patent No. D973,821.

B. That Defendant Reed and Defendant Reeves, their agents, sales representatives, servants and employees, associates, attorneys, parents, successors and assigns, and any and all persons or entities acting at, through, under or in active concert or participation with any or all of them, be enjoined and permanently restrained from further infringing United States Design Patent No. D973,821.

C. That a judgment be entered requiring each of Defendant Reed and Defendant Reeves to pay to Slick Slide monetary damages sustained by Slick Slide due to such acts of infringement, including lost profits or reasonable royalty under 35 U.S.C. § 284, or alternatively, Defendant Reed's and Defendant Reeves' total profit under 35 U.S.C. § 289.

D. That such damages payable to Slick Slide be trebled under 35 U.S.C. § 284 for willful infringement.

E. That this case be adjudged and decreed exceptional under 35 U.S.C. § 285, and that Slick Slide be awarded its reasonable attorney fees.

F. That Slick Slide be awarded its costs and prejudgment interest on all damages.

G. That Slick Slide be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Slick Slide hereby demands and requests trial by jury of all issues raised that are triable by jury.

Respectfully submitted,

Dated:   _June 28, 2023_____         s/ Brett A. Schatz
                                     Brett A. Schatz  (Ohio 0072038)
                                     WOOD, HERRON & EVANS, L.L.P.
                                     600 Vine Street, Suite 2800
                                     Cincinnati, Ohio 45202
                                     Email: bschatz@whe-law.com
                                     Telephone:  (513) 241-2324
                                     Facsimile:   (513) 241-2634

                                     Attorneys for Plaintiff
                                     Slick Slide LLC